# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 06-03098-01-CR-S-GAF |
| ANTONIO L. WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to Counts One, Two and Three of the Indictment filed on August 16, 2006, are now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

                                              /s/ Gary A. Fenner
                                              GARY A. FENNER
                                              UNITED STATES DISTRICT JUDGE

Date: <u>February 13, 2007</u>